Dismissed and Memorandum Opinion filed October 4, 2007








Dismissed
and Memorandum Opinion filed October 4, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00553-CV

____________

 

SIDNEY APETE@ McALISTER, Appellant

 

V.

 

TINA BURKS McALISTER, Appellee

 



 

On Appeal from the
Probate Court No. 1

Harris County,
Texas

Trial Court Cause
No. 367512-401

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from a judgment signed June 12, 2007.  On September 24,
2007, appellant filed an unopposed motion to dismiss the appeal because the
case has settled.  See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
4, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.